

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2022

No. 04-21-00553-CV

**IN THE INTEREST OF L.M.C., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-16354
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant's brief was originally due March 28, 2022; however, the court granted an extension of time to file the brief until April 27, 2022. On April 21, 2022, appellant filed a motion requesting until May 27, 2022 to file the brief. Appellee opposes the motion. We **grant in part** the motion and order appellant's attorney, to file the brief by **May 12, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court